UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stevie E. Ryan**  Docket No. 5:16-MJ-1403-1

**Petition for Action on Probation**

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stevie E. Ryan, who, upon an earlier plea of guilty to 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level 5, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on March 1, 2017, to 12 months probation under the conditions adopted by the court. On April 11, 2017, the court was advised of a positive urinalysis for marijuana submitted by the defendant on April 10, 2017. The defendant's probation was continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 25, 2017, the defendant submitted a urinalysis which tested positive for marijuana. The defendant admitted to using marijuana as a coping strategy for self-diagnosed mental health issues. The defendant further advised that he could benefit from talking to a psychiatrist about his anger and hyper-action tendencies. At this time, we are recommending the defendant complete a mental health assessment and follow the recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Lee Holmes
Lee Holmes
Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2568
Executed On: June 07, 2017

Stevie E. Ryan
Docket No. 5:16-MJ-1403-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 7th day of June, 2017, and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge